```
                                    FILED - SOUTHERN DIVISION
                                    CLERK, U.S. DISTRICT COURT

                                           DEC 1 2 2013

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | SACR13-210 |
| ANH TUAN LUU | |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>defense counsel</u>, IT IS ORDERED that a detention hearing is set for <u>Thursday, December 19</u>, <u>2013</u>, at <u>4:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>JEAN P. ROSENBLUTH</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>12/12/2013</u>

_____
U.S. ~~District Judge~~/Magistrate Judge

---