

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SA CR 13- |
| v. | **SA CR 13-0210** |
| AHN TUAN LUU, | |
| Defendant(s) | **WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____ AHN TUAN LUU _____
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment
☐ Information  ☐ Order of Court  ☐ Violation Petition  ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Causing Introduction of Misbranded Drug Into Interstate Commerce with Intent to Defraud; and Trafficking in Counterfeit Goods

in violation of Title __21 and 18__ United States Code, Section(s) 331(a); 333(a)(2) and 2320(a).

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | NOV 20     Santa Ana, CA |
| TITLE OF ISSUING OFFICER  *A. González* | DATE AND LOCATION OF ISSUANCE |
| *Adrianna González* | BY: **DOUGLAS F. McCORMICK** |
| SIGNATURE OF DEPUTY CLERK   1224 | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

Los Angeles International Airport

| 20 Nov 13 | Zachary E. Timko |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 11 Dec 13 | Special Agent |
| DATE OF ARREST | TITLE |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**