ANDREA JACOBS (236892)
Deputy Federal Public Defender
411 W. Fourth Street, Ste. 7110
Santa Ana, CA 92701
(714)338-4500; Fax: (714) 338-4520

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | SA CR 13-210-JVS |
| ANH TUAN LUU, DEFENDANT(S). | NOTICE OF MANUAL FILING OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Ex Parte Application and Proposed Order to file documents Under Seal; Document to be filed Under Seal; Exhibits.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

April 24, 2015
Date

/S/ Andrea Jacobs
Attorney Name

Anh Tuan Luu
Party Represented

*Note:* *File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)      NOTICE OF MANUAL FILING OR LODGING

## PROOF OF SERVICE

I declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **NOTICE OF MANUAL FILING** on the following individual(s) by:

[X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Faxing same via facsimile machine addressed as follows:

**Joseph Abrams**
**United States Probation Office**
**411 W. Fourth Street, Ste. 4170**
**Santa Ana. CA 92701**

This proof of service is executed at Santa Ana, California, on April 24, 2015.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Rebecca V. Perez
**REBECCA V. PEREZ**